United States District Court
Southern District of Texas
**ENTERED**
February 15, 2019
David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| SPCK USA, INC., | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:19-CV-00080 |
| | § | |
| PRECISION COUPLINGS, LLC, | § | |
| | § | |
| *Defendant* | § | |

### UNOPPOSED ORDER GRANTING SPCK USA, INC.'S
### UNOPPOSED MOTION TO CONSOLIDATE

Having reviewed *Plaintiff SPCK USA, INC.'s Unopposed Motion to Consolidate and Memorandum in Support* (the "Motion"),

IT IS HEREBY ORDERED that Civil Action No. 4:19-cv-00080 is hereby consolidated with Civil Action No. 4:19-cv-00410 for all purposes.

IT IS FURTHER ORDERED that the court clerk to merge the suits into one case under Civ. Action No. 4:19-cv-00080 and future filings in these two consolidated cases shall be in Civil Action No. 4:19-cv-00080.

It is so ORDERED.

**FEB 1 5 2019**

_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge